EL PUEBLO, DEMANDANTE Y APELADO, v. VILLAVEITÍA, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Humacao en causa por infracción a los Reglamentos de Sanidad.

No. 939.—Resuelto en mayo 22, 1916.

INFRACCIÓN DE LOS REGLAMENTOS DE SANIDAD—DENUNCIA INSUFICIENTE—REPARACIÓN DE EDIFICIOS.—El imputarse en una acusación el solo hecho de que se reparó un edificio sin presentar al Servicio de Sanidad un plano triplicado de dicha reparación, no constituye infracción al artículo 2º. del Reglamento de Sanidad No. 28, de 8 de septiembre de 1914, pues es necesario alegar además conforme al artículo 20 de dicho reglamento, que el edificio no estaba a prueba de ratas o que la reparación que iba a hacerse era tan extensa que comprendía la remoción de pisos, cielos rasos, etc.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Ramón P. Rodríguez Alberty.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

El artículo 2º. del Reglamento No. 28 de la Sanidad para la construcción y conservación a prueba de ratas de edificios y sus dependencias, dispone que para toda construcción deberá presentarse al Servicio de Sanidad un plano por triplicado sin que puedan empezarse dichas obras hasta no ser definitivamente aprobados. Y el artículo 20 dice lo siguiente:

"Cuando se reconstruyan edificios que no están a prueba de ratas, o se hagan reparaciones en ellos, tan extensas que comprendan la renovación de pisos, cielos rasos, etc., se exigirán los mismos requisitos que son aplicables a los edificios de nueva construcción."

Por la infracción de este artículo 20 fué denunciado y declarado culpable Juan J. Villaveitía, alegándose que "reparaba una casa sin haber presentado al Servicio de Sanidad un plano por triplicado de dicha reparación;" y en el recurso que contra la sentencia estableció el sentenciado, solicita que la revoquemos porque la acusación no le imputó

infracción alguna toda vez que no expresa si la casa en cuestión no estaba a prueba de ratas o que la reparación era extensa e incluía pisos, cielos rasos, etc., a cuya petición se adhirió el Fiscal de este Tribunal Supremo.

El solo hecho imputado en la acusación al apelante de reparar una casa sin haber presentado al Servicio de Sanidad un plano triplicado de dicha reparación, no es constitutivo de infracción al artículo 20 citado, pues para que tuviera obligación de presentar planos triplicados era necesario que la casa no estuviera a prueba de ratas o que la reparación que iba a hacer fuera tan extensa que comprendiera la renovación de pisos, cielos rasos, etc., y, por tanto, para imputarle infracción de eśe precepto por no haber presentado los planos, era necesario alegar que la reparación se hallaba comprendida en alguno de los casos a que dicho precepto se refiere. No se hizo así, y no se le imputó delito alguno.

La sentencia apelada debe ser revocada y el acusado absuelto.

> *Revocada la sentencia apelada y absuelto el acusado.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.